# United States Court of Appeals
## For the First Circuit

No. 22-1742

NATASHA GRACE; MINOR CHILD MG; MINOR CHILD MG2; MINOR CHILD MG3; MINOR CHILD AG; MINOR CHILD MP,

Plaintiffs, Appellants,

v.

BOARD OF TRUSTEES, BROOKE EAST BOSTON; BROOKE SCHOOL FOUNDATION, INC.,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court, issued on October 19, 2023, is amended as follows:

On page 25, line 9, replace "flai[ed]" with "flail[ed]".

On page 26, line 13, replace "not" with "neither".